1  ERIC S. SMITH, F 0157
   SMITH & WILLIAMS
2  Attorneys at Law
   P.O. Box 5133 CHRB
3  Saipan MP 96950
   Tel:    233-3334
4  Fax:   233-3336

5  Attorneys for the Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT CO., LLC, ) | |
| ) | Civil Action No. 02-0009 |
| Plaintiff, ) | |
| ) | |
| v. ) | **MOTION FOR AN ORDER** |
| ) | **IN AID OF JUDGMENT** |
| SABLAN CONSTRUCTION COMPANY, ) | |
| LTD. and JESUS S. SABLAN, ) | |
| ) | Date: |
| Defendants. ) | Time: |
| _____ ) | Judge: Hon. Alex R. Munson |

COMES NOW TRANS PACIFIC EXPORT CO., LLC., Plaintiff herein, by and through its attorneys, Smith & Williams, and moves this Court for an Order in Aid of Judgment on the grounds that pursuant to a *Settlement Agreement and Consent Judgment Thereon* dated August 5, 2002, judgment was entered in this matter in favor of Plaintiff and against Defendants in the amount of $141,627.35, plus cost and interest. On August 5, 2002, this Court ordered Sablan Construction Company, Ltd. and Jesus S. Sablan (judgment debtors) to make monthly payments of $2,500.00, beginning September 1, 2002, and every 1st of the month thereafter until fully paid. Judgment debtors have not been consistent with their payments in that they are in arrears in the amount of $14,000.00. The outstanding balance in their account as of the filing of this motion is $60,201.83.

1     Debtor Jesus S. Sablan died recently.  He was also the President of Sablan
2 Construction Company, Ltd.  Plaintiff does not believe that a probate action has been
3 initiated in any court for the assets of Jesus S. Sablan.  Plaintiff is not able at this time to
4 make a claim against the estate of Jesus S. Sablan.
5     For these reasons, Plaintiff believes that it is necessary to examine the judgment
6 debtors to determine their ability to pay said Judgment.

Date:   November 2, 2006                   //S//
                                                   ERIC S. SMITH
                                                  Attorney for the Plaintiff