1  ERIC S. SMITH, F 0157
   SMITH & WILLIAMS
2  Attorneys at Law
   P.O. Box 5133 CHRB
3  Saipan MP 96950
   Tel:    233-3334
4  Fax:   233-3336

5  Attorneys for Plaintiff

6

7

8  **UNITED STATES DISTRICT COURT**
   **FOR THE**
9  **NORTHERN MARIANA ISLANDS**

10 TRANS PACIFIC EXPORT CO., LLC,    )
                                     )    Civil Action No. 02-0009
11          Plaintiff,                )
                                     )
12      v.                            )    **DECLARATION IN SUPPORT OF**
                                     )    **MOTION FOR AN ORDER**
13 SABLAN CONSTRUCTION COMPANY, )    **IN AID OF JUDGMENT**
   LTD. and JESUS S. SABLAN,         )
14                                   )    **Date:**
            Defendants.              )    **Time:**
15 _____  )    **Judge:**

16      I, ERIC S. SMITH, declare under penalty of perjury as follows:

17 1.   That I am the attorney for the Plaintiff herein and that the facts set forth in the

18      attached Motion for Order in Aid of Judgment are true and accurate to the best of my

19      knowledge.

20 2.   That Judgment of $141,627.35, plus cost and interest was rendered jointly against

21      Defendants Sablan Construction Company, Ltd. and Jesus S. Sablan;

22 3.   On August 5, 2002, this Court ordered Sablan Construction Company, Ltd. and Jesus

23      S. Sablan (judgment debtors) to make monthly payments of $2,500.00, beginning

24      September 1, 2002, and every 1st of the month thereafter until fully paid.

25 4.   Judgment debtors have not been consistent with their payments in that they are in

26      arrears in the amount of $14,000.00. The outstanding balance in their account as of

27      the filing of this motion is $60,201.83.

28

1  5.  Debtor Jesus S. Sablan died recently.  He was also the President of Sablan
2      Construction Company, Ltd.
3  6.  Plaintiff does not believe that a probate action has been initiated in any court for the
4      assets of Jesus S. Sablan.  Plaintiff is not able at this time to make a claim against the
5      estate of Jesus S. Sablan.

7      I declare under penalty of perjury that the foregoing is true and correct and
       that this Declaration was executed on November 1, 2006, at Garapan, Saipan.

9                           //S//
                       ERIC S. SMITH