SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:   233-3334
Fax:   233-3336

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT CO., LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SABLAN CONSTRUCTION COMPANY, ) <br> LTD. and JESUS S. SABLAN, ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 02-0009 <br><br> **ORDER/NOTICE OF HEARING** |

TO:   **SABLAN CONSTRUCTION COMPANY LTD.
and the Administrator of the ESTATE OF JESUS S. SABLAN (if applicable)
and their Attorney-of-Record**

YOU ARE HEREBY ORDERED to appear before this Court at the 1st Floor of the Horiguchi Building, Garapan, Saipan MP on **November ____, 2006, at _____** then and there to answer questions concerning any assets which you may have to satisfy the Judgment which has been rendered against you in the above captioned matter.

Your failure to appear may subject you to arrest upon a warrant of this Court.

SO ORDERED.

Date: _____

_____
ALEX R. MUNSON
Chief Judge