# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

CV-02-0009                                                                November 17, 2006
                                                                          10:15 a.m.

**Trans Pacific Export, Co., LLC-vs- Sablan Construction Company**

PRESENT:       Hon. Alex R. Munson, Chief Judge Presiding
               Sanae Shmull, Court Reporter
               Michelle C. Macaranas, Courtroom Deputy
               Brien Sers Nicholas, Attorney for Defendants

PROCEEDINGS:   ORDER TO SHOW CAUSE

    Moving party Attorney Eric Smith was not present.  Attorney Brien Sers Nicholas was present on behalf of Defendants.

    Attorney Brien Sers Nicholas apprised the Court that he briefly spoke to Attorney Smith about the matter.

    Court took the matter off-calendar.


                                   Adjourned 10:16 a.m.

                                   /s/ Michelle C. Macaranas, Courtroom Deputy