ERIC S. SMITH, F 0157
SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:    233-3334
Fax:    233-3336

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT CO., LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SABLAN CONSTRUCTION COMPANY, ) <br> LTD. and JESUS S. SABLAN, ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 02-0009 <br><br> **DECLARATION IN SUPPORT OF MOTION FOR AN ORDER IN AID OF JUDGMENT** <br><br> **Date:** <br> **Time:** <br> **Judge:** |

I, ERIC S. SMITH, declare under penalty of perjury as follows:

1.  That I am the attorney for the Plaintiff herein and that the facts set forth in the attached Motion for Order in Aid of Judgment are true and accurate to the best of my knowledge.

2.  That Judgment of $141,627.35, plus cost and interest was rendered jointly against Defendants Sablan Construction Company, Ltd. and Jesus S. Sablan;

3.  On August 5, 2002, this Court ordered Sablan Construction Company, Ltd. and Jesus S. Sablan (judgment debtors) to make monthly payments of $2,500.00, beginning September 1, 2002, and every 1st of the month thereafter until fully paid.

4.  Judgment debtors have not been consistent with their payments in that they are in arrears in the amount of $14,000.00. The outstanding balance in their account as of the filing of this motion is $60,201.83.

5. Debtor Jesus S. Sablan died recently. He was also the President of Sablan Construction Company, Ltd.

6. Plaintiff does not believe that a probate action has been initiated in any court for the assets of Jesus S. Sablan. Plaintiff is not able at this time to make a claim against the estate of Jesus S. Sablan.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on November 22, 2006, at Garapan, Saipan.

                                                //S//
                                        ERIC S. SMITH