SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:   233-3334
Fax:   233-3336

Attorneys for the Plaintiff

F I L E D
Clerk
District Court

NOV 22 2006

For The Northern Mariana Islands
By_____
      (Deputy Clerk)

### UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN MARIANA ISLANDS

TRANS PACIFIC EXPORT CO., LLC,       )
                                     )   Civil Action No. 02-0009
         Plaintiff,                  )
                                     )
    v.                               )   **ORDER/NOTICE OF HEARING**
                                     )
SABLAN CONSTRUCTION COMPANY,         )
LTD. and JESUS S. SABLAN,            )
                                     )
         Defendants.                 )
_____)

TO:  **SABLAN CONSTRUCTION COMPANY LTD.**
     **and the Administrator of the ESTATE OF JESUS S. SABLAN (if applicable)**
     **and their Attorney-of-Record**

YOU ARE HEREBY ORDERED to appear before this Court at the 1st Floor of the Horiguchi Building, Garapan, Saipan MP on January _4_, 2007, at _9:00_ then and there to answer questions concerning any assets which you may have to satisfy the Judgment which has been rendered against you in the above captioned matter.

Your failure to appear may subject you to arrest upon a warrant of this Court.

SO ORDERED.

Date: _11-22-06_

                                        _____
                                        ALEX R. MUNSON
                                        Chief Judge

RECEIVED

NOV 22 2006

Clerk
District Court
The Northern Mariana Islands