```
1  ERIC S. SMITH F 0157
   SMITH & WILLIAMS
2  Attorneys at Law
   P.O. Box 5133 CHRB
3  Saipan MP 96950
   Tel:    233-3334
4  Fax:    233-3336

5  Attorneys for Plaintiff
```

F I L E D
Clerk
District Court

NOV 2 8 2006

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT CO., LLC, | Civil Action No. 02-0009 |
| Plaintiff, | |
| v. | **REQUEST TO MOVE HEARING TO A LATER DATE; AND ORDER THEREON** |
| SABLAN CONSTRUCTION COMPANY LTD. and JESUS S. SABLAN, | |
| Defendants. | |

On November 22, 2006, Plaintiff filed a **Motion for an Order in Aid of Judgment**. This motion is scheduled for hearing on December 21, 2006.

Counsel for Plaintiff will be off-island on December 21, 2006.

Based on the above, Plaintiff's counsel hereby requests that the ~~trial~~ presently set on December 21, 2006 be moved to a date after January 15, 2007.

[handwritten: HEARING GR__]

RESPECTFULLY SUBMITTED.

Date: November 27, 2006

_____
ERIC S. SMITH
Attorney for Plaintiff

## ORDER

Based on Plaintiff's counsel's requests and good cause having been shown, the hearing presently set on December 21, 2006 is moved to January 16, 2007 at 8:00 a.m./p.m.

SO ORDERED.

Dated 11-28-06.

JUDGE ALEX R. MUNSON

RECEIVED

NOV 28 2006

Clerk
District Court
The Northern Mariana Islands

2