F I L E D
Clerk
District Court

JAN - 4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

TRANS PACIFIC EXPORT CO., LLC,

    Plaintiff,

SABLAN CONSTRUCTION COMPANY, LTD,

    Defendant.

Civil Action No. 02-0009

Order Rescheduling Motion for Order In Aid of Judgment

Eric S. Smith
Attorney at Law
P.O. Bx 5133
Saipan, MP 96950

Brien Sers Nicholas
Attorney at Law
P.O. Box 502876
Saipan, MP 96950

The hearing for Motion for Order in Aid of Judgment scheduled for Tuesday, January 16, 2007, at 8:00 a.m., is rescheduled to 10:00 a.m., on the same date.

IT IS SO ORDERED.

DATED THIS 4th day of January, 2007.

*/s/ Alex R. Munson*

Judge Alex R. Munson

AO 72
(Rev. 8/82)