# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************************

CV-02-0009                                                                  January 16, 2007
                                                                            10:00 a.m.

TRANS PACIFIC EXPORT -vs- SABLAN CONSTRUCTION COMPANY

PRESENT:    Hon. Alex R. Munson, Chief Judge Presiding
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Eric Smith, Attorney for Plaintiffs
            Brien Sers Nicholas, Attorney for Defendants

PROCEEDINGS:   MOTION FOR ORDER IN AID OF JUDGMENT

Plaintiffs were represented in court by Attorney Eric Smith. Defendants were represented by Attorney Brien Nicholas.

Attorney Smith stated that there was discussion between the parties prior to this hearing regarding the possibility of finding property that they could sell to take care of the judgment. It was suggested that this hearing be continued so that they could identify defendant's properties that could be sold. Attorney Nicholas agreed with that statement.

Attorney Nicholas stated that the defendants could make $1,000 a month payment to the plaintiffs until they could get paperwork together to see if some property could be sold.

Attorney Smith stated that he would prepare the documents to memorialize the Court's order and the understanding of today's hearing.

Adjourned 10:15 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy