```
                                                    F I L E D
                                                       Clerk
1  ERIC S. SMITH                                   District Court
   SMITH & WILLIAMS
2  Attorneys at Law                                JAN 22 2007
   P.O. Box 5133 CHRB
3  Saipan MP 96950                              For The Northern Mariana Islands
   Tel:  233-3334                               By_____
4  Fax:  233-3336                                      (Deputy Clerk)

5  Attorneys for the Plaintiff
```

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT CO., LLC, ) | |
| ) | Civil Action No. 02-0009 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER AFTER HEARING** |
| ) | |
| SABLAN CONSTRUCTION COMPANY, ) | |
| LTD. and JESUS S. SABLAN, ) | Date: Jan 16, 2007 |
| ) | |
| Defendants. ) | |

This matter came to hearing on January 16, 2007, before the Honorable Alex R. Munson, Judge presiding. Plaintiff was represented in Court by Eric S. Smith. Defendant Sablan Construction Company was represented by Brien Sers Nicholas. No appearance was made on behalf of Jesus S. Sablan.

Prior to the hearing, the parties entered into a stipulation in which the Defendant agreed to furnish to Plaintiff financial statements and other documents to show the financial condition of the corporation within the next 30 days.

The Defendant agreed to pay the amount of $1,000.00 on or before February[st]1, and monthly after that date until further order of the court.

SO ORDERED.

Date: _1-22-07_

_____
ALEX R. MUNSON
Chief Judge

1 | Approved as to form

3 | _____ 1/18/07
  | Brien Sers Nicholas

26 | **RECEIVED**
27 | JAN 19 2007
28 | Clerk
   | District Court
   | The Northern Mariana Islands