1 | ERIC S. SMITH, F 0157
SMITH & WILLIAMS
2 | Attorneys at Law
P.O. Box 5133 CHRB
3 | Saipan MP 96950
Tel:   233-3334
4 | Fax:   233-3336

5 | Attorneys for the Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS**

| TRANS PACIFIC EXPORT CO., LLC, | ) | |
|---|---|---|
| | ) | Civil Action No. 02-0009 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MOTION FOR AN ORDER** |
| | ) | **IN AID OF JUDGMENT** |
| SABLAN CONSTRUCTION COMPANY, | ) | |
| LTD. and JESUS S. SABLAN, | ) | |
| | ) | Date: |
| Defendants. | ) | Time: |
| _____ | ) | Judge: Hon. Alex R. Munson |

COMES NOW TRANS PACIFIC EXPORT CO., LLC., Plaintiff herein, by and through its attorneys, Smith & Williams, and moves this Court for an Order in Aid of Judgment on the grounds that pursuant to a *Settlement Agreement and Consent Judgment Thereon* dated August 5, 2002, judgment was entered in this matter in favor of Plaintiff and against Defendants in the amount of $141,627.35, plus cost and interest. On August 5, 2002, this Court ordered Sablan Construction Company, Ltd. and Jesus S. Sablan (judgment debtors) to make monthly payments of $2,500.00, beginning September 1, 2002, and every 1st of the month thereafter until fully paid. Judgment debtors stated in January 2007, that they could pay $1000.00 per month. Since then the judgement debtors have not been consistent with their payments in that they have only paid the amount of $9,000.00 since January 2007. They have made no payments for the months of November or December. The outstanding balance in their account as of the filing of this

motion is $55,786.42.

Debtor Jesus S. Sablan died in 2006. He was the President of Sablan Construction Company, Ltd. Plaintiff does not believe that a probate action has been initiated in any court for the assets of Jesus S. Sablan. Therefore, Plaintiff is not able at this time to make a claim against the estate of Jesus S. Sablan.

For these reasons, Plaintiff believes that it is necessary to examine once again the judgment debtors to determine their ability to pay more than that have in the past year on the Judgment amount.

Date:   December 18, 2007                              //S//
                                                ERIC S. SMITH
                                                Attorney for the Plaintiff