SERS NICHOLAS LAW OFFICE
BRIEN SERS NICHOLAS
Attorney at Law
1st Floor, Cabrera Center
Beach Road, Lower Gualo Rai
P.O. Box 502876
Saipan, MP 96950

Telephone Nos.:    (670) 235-7190/91
Facsimile No.:     (670) 235-7192

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR
THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT, LL, | CIVIL ACTION NO. 02-0009 |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE HEARING AND ORDER |
| SABLAN CONSTRUCTION COMPANY, LTD., and JESUS S. SABLAN, | |
| Defendants. | |

COME NOW THE PARTIES HERETO, by and through their respect Counsels of Records, and stipulate that this Honorable Court may continue the hearing in this matter, now scheduled for January 17th, 2008, at 10:30 a.m., to February 21st, 2008, at 9:00 a.m., as Counsel for Plaintiff will be off-island.

/s/ Eric S. Smith
Eric S. Smith, Esq.
Counsel for Plaintiff

Dated:    Jan. 11th, 2008

/s/ Brien Sers Nicholas
Brien Sers Nicholas, Esq.
Counsel for Defendants

Dated:    Jan. 11th, 2008

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER:

BASE UPON THE FOREGOING REQUEST AND GOOD CAUSE APPEARING, the hearing in this matter, now scheduled for January 17th, 2008, at 10:30 a.m., is hereby continued to February 21st, 2008, at 9:00 a.m.,

SO ORDERED this _____ day of January, 2008.

_____
ALEX R. MUNSON,
Chief Judge

- 2 -