1  ERIC S. SMITH
   SMITH & WILLIAMS
2  Attorneys at Law
   P.O. Box 5133 CHRB
3  Saipan MP 96950
   Tel:   233-3334
4  Fax:   233-3336

5  Attorneys for the Plaintiff

**F I L E D**
Clerk
District Court

FEB 1 4 2008

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

6
7
8              UNITED STATES DISTRICT COURT
                         FOR THE
9              NORTHERN MARIANA ISLANDS

10 TRANS PACIFIC EXPORT CO., LLC,     )
                                       )   Civil Action No. 02-0009
11       Plaintiff,                    )
                                       )
12       v.                            )   **STIPULATION TO CONTINUE**
                                       )   **HEARING DATE OF MOTION ON**
13 SABLAN CONSTRUCTION COMPANY,        )   **AID IN JUDGMENT**
   LTD. and JESUS S. SABLAN,           )   **AND**
14                                     )   **ORDER THEREON**
         Defendants.                   )
15 _____     )

16       NOW COME THE PARTIES, who stipulate through their counsel, to

17 continue the hearing on Plaintiff's motion for an aid in judgment in the above-captioned

18 matter from Thursday, February 21, 2008, at 9:00 a.m. to **Thursday March 13, 2008, at**

19 **8:30 a.m**. The reason for the continuation is that counsel for the Defendants expects to

20 receive funds to pay the judgment by that date or be able to tell the Court when in the near

21 future such funds will be received.

22

23       SO STIPULATED.

24

25 Date: February 11, 2008              ____//S// Eric S. Smith_____
                                              ERIC S. SMITH
26                                         Counsel for the Plaintiff

27
28

Date: February __, 2008

_//S//_ Brien Sers Nicholas
BRIEN SERS NICHOLAS
Counsel for the Defendants

## ORDER

GOOD CAUSE APPEARING THEREFORE and pursuant to the stipulation of the parties, the hearing on the motion for an aid in judgment is now scheduled to be heard on **March 13, at 8:30 a.m.**

SO ORDERED.

Date: February 14, 2008.

ALEX R. MUNSON
Chief Judge