```
                                                    F I L E D
                                                       Clerk
                                                   District Court

                                                  MAR - 4 2008

                                            For The Northern Mariana Islands
                                            By_____
                    IN THE U.S. DISTRICT COURT        (Deputy Clerk)
                           FOR THE
                    NORTHERN MARIANA ISLANDS
```

CIVIL ACTION NO. CV- 02-0009

TRANS PACIFIC EXPORT CO., LLC

Plaintiff(s),

**PROOF OF SERVICE**

v.

SABLAN CONSTRUCTION COMPANY, LTD and JESUS S. SABLAN

Defendant(s).

I hereby declare, under penalty of perjury, that on the __4th__ day of __March__, 2008 at __11:50__ (a.m)/p.m., I personally served upon __BRIEN SERS NICHOLAS LAW OFFICE__, a true and correct copy of the:

☐ Summons and Complaint

☐ Order dated _____

☒ Other (specify) __STIPULATION TO CONTINUE HEARING DATE OF MOTION ON AID IN JUDGMENT AND ORDER THEREON__

_____ in the above-captioned matter.

Service was made as follows:

☐ By delivering it to the aforesaid person.
☐ By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

☐ By delivering it to ___ROSE LAZARO___, who is an officer, agent, employee or person authorized to receive the document(s) on behalf of the individual or corporation.

The place where said service was made was: ___CABRERA CENTER   GARAPAN___

The charge for service was: $ ___20.00___ .

Dated: ___March 4, 2008___ .

___[signature]___
ELMER BARROGO

Hearing Date: ___March 13, 2008   8:30 AM___