```
 1  ERIC S. SMITH F 0157
    SMITH & WILLIAMS
 2  Attorneys at Law
    P.O. Box 5133 CHRB
 3  Saipan MP 96950
    Tel:   233-3334
 4  Fax:   233-3336

 5  Attorneys for Plaintiff
```

FILED
Clerk
District Court

MAR 1 0 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT CO., LLC, | Civil Action No. 02-0009 |
| Plaintiff, | |
| v. | REQUEST TO TAKE HEARING OFF CALENDAR AND ORDER THEREON |
| SABLAN CONSTRUCTION COMPANY LTD. and JESUS S. SABLAN, | |
| Defendants. | |

On December 18, 2007, Plaintiff filed a **Motion for an Order in Aid of Judgment**. This motion is presently scheduled for hearing on March 13, 2008.

Counsel for the parties are negotiating a settlement that may result in full payment been made on the judgment on March 14, 2008.

Based on the above, Plaintiff's counsel hereby requests that the hearing presently set on March 13, 2008, be taken off calendar.

RESPECTFULLY SUBMITTED.

Date: March 7, 2008

_____
ERIC S. SMITH
Attorney for Plaintiff

## ORDER

Based on Plaintiff's counsel's requests and good cause having been shown, the hearing presently set on March 13, 2008, is taken off calendar.

SO ORDERED.

Dated  **3-10-08**

 

_____
JUDGE ALEX R. MUNSON
Chief Judge

RECEIVED

MAR 10 2008

Clerk
District Court
The Northern Mariana Islands