F I L E D
Clerk
District Court

MAR 12 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE U.S. DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CIVIL ACTION NO. CV- 02-0009

TRANS PACIFIC EXPORT CO., LLC,

Plaintiff(s),

v.

SABLAN CONSTRUCTION COMPANY LTD. and JESUS S. SABLAN

Defendant(s).

**PROOF OF SERVICE**

I hereby declare, under penalty of perjury, that on the __11th__ day of __MARCH__, 2008 at __11:50__ (a.m.)/p.m., I personally served upon __BRIEN SERS NICHOLAS LAW OFFICE__, a true and correct copy of the:

☐ Summons and Complaint

☐ Order dated _____

☒ Other (specify) __REQUEST TO TAKE HEARING OFF CALENDAR AND ORDER THEREON dated march 10, 2008__

_____ in the above-captioned matter.

Service was made as follows:

☐ By delivering it to the aforesaid person.
☐ By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

| | |
|---|---|
| ☒ | By delivering it to __MARIA IGITOL__, who is an officer, agent, employee or person authorized to receive the document(s) on behalf of the individual or corporation. |

The place where said service was made was: __CABRERA CENTER Beach Rd. Garapan SAIPAN__

The charge for service was: $ __20.00__.

Dated: __March 11, 2008__.

_____
ELMER BARROGO

Hearing Date: __N/A__