ERIC S. SMITH
SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:    233-3334
Fax:    233-3336

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| TRANS PACIFIC EXPORT CO., LLC, <br><br> Plaintiff, <br><br> v. <br><br> SABLAN CONSTRUCTION COMPANY, LTD. and JESUS S. SABLAN, <br><br> Defendants. | Civil Action No. 02-0009 <br><br> SATISFACTION OF JUDGMENT |

Plaintiff herein hereby acknowledged that Judgment in the above-entitled matter entered on August 5, 2002, has been paid and satisfied in full.

RESPECTFULLY SUBMITTED,

Dated: March 14, 2008

_____
ERIC S. SMITH
Attorney for Plaintiff